IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM T. WHITING | : | CIVIL ACTION |
| | : | |
| V. | : | NO.: 18-CV-03894 |
| | : | |
| CITIMORTGAGE, INC. | : | |
| | : | |

O R D E R

AND NOW, on this 3RD day of December, 2018, it is hereby ORDERED that pursuant to the agreement of the parties, the above-captioned matter is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO,   J.